UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONIKA WRIGHT,<br><br>Defendant. | No. 2:14-mc-15-KJM-EFB<br><br><br><br>ORDER |

In an underlying criminal case, defendant Veronika Wright was ordered to pay restitution in the amount of $280,463. *United States v. Moore*, 2:09-cr-66-GEB, ECF No. 214. On January 31, 2014, the United States filed an application for a writ of garnishment seeking to garnish any property and accounts in the possession of Cetera Advisor Networks LLC/Perishing LLC in which Ms. Wright and her husband, Mitchell Wight, have an interest. ECF No. 3 at 2. On February 3, 2014, the Clerk of Court issued the writ of garnishment. ECF No. 5.

On March 12, 2014, Mitchell Write filed a notice of claim exemption and a request for hearing. ECF Nos. 12, 13. He claims that an individual retirement account ("IRA") in his name is exempt from garnishment under California Code of Civil Procedure § 704.115. *Id*. He also requests that the court hold a hearing on the issue of whether the subject property sought to be levied is exempt from garnishment.

/////

1

The court grants Mr. Wright's request for a hearing and sets the matter for hearing on June 11, 2014 at 10:00 a.m., in Courtroom No. 8. Mitchell Wright shall file an appropriate motion seeking to quash or set aside the writ of garnishment as to the IRA account he claims is exempt by May 7, 2014. The motion shall be accompanied by a brief that fully addresses the legal and factual issues. The United States shall file a response to the motion by May 21, 2014. Mr. Wright may file a reply to the United States' response by May 28, 2014.

So Ordered.

DATED: April 24, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE