| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | KURT A. DIDIER |
|   | Assistant United States Attorney |
| 3 | 501 "I" Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. NO.: 2:14-MC-00015-KJM-EFB |
| Plaintiff, | CASE NO.  2:13-CR-00066-GEB |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE BRIEFING SCHEDULE FOR, AND HEARING ON MOTION TO QUASH THE UNITED STATES' WRIT OF GARNISHMENT** |
| VERONIKA WRIGHT, | |
| Defendant and Judgment Debtor. | |
| CETERA ADVISOR NETWORKS, LLC. | |
| Garnishee. | |

The United States and movant Mitchell B. Wright jointly request a continuance of the June 11, 2014 hearing on Mr. Wright's motion to quash the United States' writ of garnishment against movant's retirement accounts.  The signatories hereto respectfully request a 30 day continuance of the hearing or thereafter, to the court's next available hearing date.  The signatories further request a new briefing schedule providing the United States three weeks prior to the new hearing date within which to file a response to the motion to quash and movant two weeks prior to the new hearing date within which to file a reply brief.

STIPULATION AND ORDER                    1

The signatories have been meeting and conferring concerning the United States' garnishment action and exploring a possible alternative disposition of this proceeding. An extension of time will allow the signatories to continue their discussions.

Respectfully submitted,

Dated: May 21, 2014         BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ *Kurt A. Didier*
                            KURT A. DIDIER
                            Assistant United States Attorney

Dated: May 21, 2014         CORPORATE COUNSEL LAW GROUP

                            */s/ John Chu*
                            JOHN CHU
                            Counsel for Movant Mitchell B. Wright

### ORDER

Accordingly, it is hereby ORDERED that:

1. The hearing on movant's motion to quash, ECF No. 17, is continued to July 16, 2014 at 10:00 a.m., in Courtroom No. 8.

2. The United States shall file a response to the motion by June 25, 2014.

3. Movant may file a reply to the United States' response by July 2, 2014.

Dated: May 30, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                    2