UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff and Judgment Creditor,<br><br>v.<br><br>VERONIKA WRIGHT,<br><br>        Defendant and Judgment Debtor.<br><br>CETERA ADVISOR NETWORKS, LLC/PERSHING, LLC,<br><br>        Garnishee. | Misc. No. 2:14-MC-0015-KJM-EFB<br><br>Case No. 2:09-CR-0066-GEB<br><br>**ORDER QUASHING WRIT OF GARNISHMENT [IRA ACCOUNTS] WITHOUT PREJUDICE** |

For the reasons set forth in the United States' Withdrawal of Writ of Garnishment (ECF No. 23), and pursuant to 28 U.S.C. § 3205(c)(10)(A), the Court hereby quashes, without prejudice, the United States' writ of garnishment against the IRA Accounts of Mitchell B. Wright.

IT IS SO ORDERED.

Dated: July 10, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE